FILED

11/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0358

DAVID LOCKHART AND DOREEN
LOCKHART,

     Appellants/Cross-Appellees,

vs.

WESTVIEW MOBILE HOME PARK,
LLC,

    Appellee/Cross-Appellant.

**ORDER GRANTING EXTENSION
OF TIME TO FILE BRIEF**

The Court, having reviewed the Appellee/Cross-Appellant's Motion for

Extension of Time to File Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellee/Cross-Appellant is granted a 30

day extension of time to file its response brief, this period is up to and including

December 28, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2022